THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY v. JOHN BECHELMAYER *et al.*

**No. 13,233.** ( 73 Pac. 1132.)

Error from Chase district court; DENNIS MADDEN, judge. Opinion filed July 10, 1903. Affirmed.

*A. A. Hurd,* and *A. A. Scott,* for plaintiff in error.
*Kellogg & Madden,* for defendants in error.

*Per Curiam:* The questions presented for our consideration in this case involve little besides a consideration of the evidence and findings. We are of the opinion that the special findings and general verdict have support in the evidence. Some criticism is made of the instructions, which we think fairly presented the material questions of the case to the jury.

The judgment is affirmed.